[No. 64233-2-I.   Division One.   April 12, 2010.]

KIMBERLY J. WRIGHT, *Appellant*, v. PEMCO MUTUAL INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-26848-9, Michael J. Fox, J., entered February 6, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Cox, JJ.

[No. 64757-1-I.   Division One.   April 12, 2010.]

SPARK NETWORKS, PLC, *Respondent*, v. WILL KNEDLIK ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-08361-8, Douglass A. North, J., entered May 12, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Schindler, JJ.

[No. 37498-6-II.   Division Two.   April 13, 2010.]

RAYNA MATTSON, *Respondent*, v. AMERICAN PETROLEUM ENVIRONMENTAL SERVICES, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-09015-8, John R. Hickman, J., entered March 7, 2008. *Reversed* and *remanded* by unpublished opinion per Penoyar, A.C.J., concurred in by Quinn-Brintnall, J.; Hunt, J., dissenting.